705 A.2d 1300

Donna M. KUSHNER, Appellant,

v.

DORNEY PARK COASTER COMPANY, t/a Dorney Park &
Wildwater Kingdom; Wildwater Kingdom, Inc., t/a Dorney
Park & Wildwater Kingdom, D.P.C.C., Inc., Pennsylvania Capi-
tal Corp., and Cedar Fair, L.P., Intervenor.

Supreme Court of Pennsylvania.

Argued Feb. 3, 1998.

Decided Feb. 27, 1998.

Reargument Denied May 12, 1998.

*ORDER*

PER CURIAM:

Order affirmed.